**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Anna Marie Horstman          CHAPTER 13
              Debtor(s)

BKY. NO. 21-11707 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust and index same on the master mailing list.

                                          Respectfully submitted,

/s/ Rebecca Solarz
Rebecca Solarz
15 Jul 2021, 15:28:47, EDT

             KML Law Group, P.C.
             701 Market Street, Suite 5000
             Philadelphia, PA 19106-1532
             (215) 627-1322

Document ID: 8d868bd1966db82d74e2a203a0f130770e55686cd699869bf881d4430931505c