

| Colligas Family Markets, LP<br>330 West Oregon Ave<br>Philadelphia, PA 19148-4723<br>215/271-2711 | Pay Begin Date: 08/22/2021<br>Pay End Date: 08/28/2021 | | P'Soft Check/Advice #: 000000030376575<br>Advice Date: 09/03/2021 | |
|---|---|---|---|---|
| | | | **TAX DATA:** | **Federal** / **PA State** |
| **Anna Horstman**<br>314 Roseberry Street<br>Philadelphia, PA 19148 | Employee ID: 300710982<br>Store/Div: 0411<br>Department: 2640<br>Pay Rate: $14.150000 Hourly<br>OT 1.5 Rate: NA | | Tax Status: Single / Single<br>Allowances: 0 / 0<br>Addl. Percent:<br>Addl. Amount: | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Vacation Pay | 14.150000 | 20.00 | 283.00 | 20.00 | 283.00 |
| Regular | | 0.00 | | 788.50 | 10,671.82 |
| Sun. + $3.00 | | 0.00 | | 34.00 | 459.00 |
| Sun. + $4.00 | | 0.00 | | 142.25 | 2,576.85 |
| Holiday Straight Pay NP | | 0.00 | | 12.00 | 155.20 |
| Holiday +4.00 | | 0.00 | | 5.00 | 90.75 |
| **TOTAL:** | | **20.00** | **283.00** | **1,001.75** | **14,236.62** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 21.02 | 1,255.44 |
| Fed MED/EE | 4.10 | 206.43 |
| Fed OASDI/EE | 17.55 | 882.67 |
| PA Unempl EE | 0.17 | 8.54 |
| PA Withholdng | 8.69 | 437.03 |
| PA PHILADELPHIA Withholdng | 10.87 | 549.96 |
| **TOTAL:** | **62.40** | **3,340.07** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Union Dues Weekly | 14.61 | 488.65 |
| Miscellaneous Deduction | 0.00 | 78.00 |
| Bels Fund - 1776 Union Fee | 0.00 | 79.50 |
| **TOTAL:** | **14.61** | **646.15** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 283.00 | 283.00 | 62.40 | 14.61 | 205.99 |
| YTD | 14,236.62 | 14,236.62 | 3,340.07 | 646.15 | 10,250.40 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000030376575 | Checking | *******405 | 205.99 |
| **TOTAL:** | | | **205.99** |

MESSAGE:



| Colligas Family Markets, LP<br>330 West Oregon Ave<br>Philadelphia, PA 19148-4723<br>215/271-2711 | Pay Begin Date: 06/06/2021<br>Pay End Date: 06/12/2021 | P'Soft Check/Advice #: 000000029807339<br>Advice Date: 06/18/2021 | |
|---|---|---|---|
| | | **TAX DATA:** **Federal** | **PA State** |
| Anna Horstman<br>314 Roseberry Street<br>Philadelphia, PA 19148 | Employee ID: 300710982<br>Store/Div: 0411<br>Department: 2640<br>Pay Rate: $14.150000 Hourly<br>OT 1.5 Rate: NA | Tax Status: Single<br>Allowances: 0<br>Addl. Percent:<br>Addl. Amount: | Single<br>0 |

### HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular | 14.150000 | 21.50 | 304.23 | 549.50 | 7,289.96 | Fed Withholdng | 36.09 | 835.78 |
| Sun. + $4.00 | 18.150000 | 5.75 | 104.36 | 94.25 | 1,705.65 | Fed MED/EE | 5.92 | 138.52 |
| Sun. + $3.00 | | | 0.00 | 34.00 | 459.00 | Fed OASDI/EE | 25.33 | 592.30 |
| Holiday Straight Pay NP | | | 0.00 | 8.00 | 98.60 | PA Unempl EE | 0.24 | 5.73 |
| | | | | | | PA Withholdng | 12.54 | 293.25 |
| | | | | | | PA PHILADELPHIA Withholdng | 15.82 | 369.85 |
| **TOTAL:** | | 27.25 | 408.59 | 685.75 | 9,553.21 | **TOTAL:** | 95.94 | 2,235.43 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | |
|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD |
| | | | Union Dues Weekly | 14.61 | 327.94 |
| | | | Miscellaneous Deduction | 0.00 | 78.00 |
| | | | Bels Fund - 1776 Union Fee | 0.00 | 79.50 |
| **TOTAL:** | 0.00 | 0.00 | **TOTAL:** | 14.61 | 485.44 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 408.59 | 408.59 | 95.94 | 14.61 | 298.04 |
| YTD | 9,553.21 | 9,553.21 | 2,235.43 | 485.44 | 6,832.34 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000029807339 | Checking | *******405 | 298.04 |
| **TOTAL:** | | | 298.04 |

MESSAGE:



Colligas Family Markets, LP
330 West Oregon Ave
Philadelphia, PA 19148-4723
215/271-2711

| | |
|---|---|
| Pay Begin Date: | 07/11/2021 |
| Pay End Date: | 07/17/2021 |

| | |
|---|---|
| P'Soft Check/Advice #: | 000000030068692 |
| Advice Date: | 07/23/2021 |

Anna Horstman
314 Roseberry Street
Philadelphia, PA 19148

| | |
|---|---|
| Employee ID: | 300710982 |
| Store/Div: | 0411 |
| Department: | 2640 |
| Pay Rate: | $14.150000 Hourly |
| OT 1.5 Rate: | NA |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Tax Status: | Single | Single |
| Allowances: | 0 | 0 |
| Addl. Percent: | | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular | 14.150000 | 28.00 | 396.20 | 669.75 | 8,991.50 |
| Sun. + $4.00 | 18.150000 | 6.00 | 108.90 | 118.25 | 2,141.25 |
| Sun. + $3.00 | | 0.00 | 0.00 | 34.00 | 459.00 |
| Holiday Straight Pay NP | | 0.00 | 0.00 | 12.00 | 155.20 |
| Holiday +4.00 | | 0.00 | 0.00 | 5.00 | 90.75 |
| **TOTAL:** | | **34.00** | **505.10** | **839.00** | **11,837.70** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 47.67 | 1,045.21 |
| Fed MED/EE | 7.33 | 171.65 |
| Fed OASDI/EE | 31.32 | 733.94 |
| PA Unempl EE | 0.30 | 7.10 |
| PA Withholdng | 15.51 | 363.39 |
| PA PHILADELPHIA Withholdng | 19.39 | 457.85 |
| **TOTAL:** | **121.52** | **2,779.14** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Union Dues Weekly | 14.61 | 400.99 |
| Miscellaneous Deduction | 0.00 | 78.00 |
| Bels Fund - 1776 Union Fee | 0.00 | 79.50 |
| **TOTAL:** | **14.61** | **558.49** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 505.10 | 505.10 | 121.52 | 14.61 | 368.97 |
| YTD | 11,837.70 | 11,837.70 | 2,779.14 | 558.49 | 8,500.07 |

## NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000030068692 | Checking | *******405 | 368.97 |
| **TOTAL:** | | | **368.97** |

MESSAGE:



| Colligas Family Markets, LP<br>330 West Oregon Ave<br>Philadelphia, PA 19148-4723<br>215/271-2711 | Pay Begin Date: 07/18/2021<br>Pay End Date: 07/24/2021 | P'Soft Check/Advice #: 000000030120086<br>Advice Date: 07/30/2021 |
|---|---|---|

| | | | TAX DATA: | Federal | PA State |
|---|---|---|---|---|---|
| Anna Horstman<br>314 Roseberry Street<br>Philadelphia, PA 19148 | Employee ID: 300710982<br>Store/Div: 0411<br>Department: 2640<br>Pay Rate: $14.150000 Hourly<br>OT 1.5 Rate: NA | | Tax Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Single<br>0 | Single<br>0 |

### HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular | 14.150000 | 20.00 | 283.00 | 689.75 | 9,274.50 | Fed Withholdng | 34.09 | 1,079.30 |
| Sun. + $4.00 | 18.150000 | 6.00 | 108.90 | 124.25 | 2,250.15 | Fed MED/EE | 5.68 | 177.33 |
| Sun. + $3.00 | | | 0.00 | 34.00 | 459.00 | Fed OASDI/EE | 24.30 | 758.24 |
| Holiday Straight Pay NP | | | 0.00 | 12.00 | 155.20 | PA Unempl EE | 0.24 | 7.34 |
| Holiday +4.00 | | | 0.00 | 5.00 | 90.75 | PA Withholdng | 12.03 | 375.42 |
| | | | | | | PA PHILADELPHIA Withholdng | 15.05 | 472.90 |
| TOTAL: | | 26.00 | 391.90 | 865.00 | 12,229.60 | TOTAL: | 91.39 | 2,870.53 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | |
|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD |
| | | | Union Dues Weekly | 14.61 | 415.60 |
| | | | Miscellaneous Deduction | 0.00 | 78.00 |
| | | | Bels Fund - 1776 Union Fee | 0.00 | 79.50 |
| TOTAL: | 0.00 | 0.00 | TOTAL: | 14.61 | 573.10 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 391.90 | 391.90 | 91.39 | 14.61 | 285.90 |
| YTD | 12,229.60 | 12,229.60 | 2,870.53 | 573.10 | 8,785.97 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000030120086 | Checking | *******405 | 285.90 |
| TOTAL: | | | 285.90 |

MESSAGE:



| Colligas Family Markets, LP<br>330 West Oregon Ave<br>Philadelphia, PA 19148-4723<br>215/271-2711 | Pay Begin Date: 07/25/2021<br>Pay End Date: 07/31/2021 | P'Soft Check/Advice #: 000000030171662<br>Advice Date: 08/06/2021 |
|---|---|---|

| | | | TAX DATA: | Federal | PA State |
|---|---|---|---|---|---|
| Anna Horstman<br>314 Roseberry Street<br>Philadelphia, PA 19148 | Employee ID: 300710982<br>Store/Div: 0411<br>Department: 2640<br>Pay Rate: $14.150000 Hourly<br>OT 1.5 Rate: NA | | Tax Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Single<br>0 | Single<br>0 |

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular | 14.150000 | 26.75 | 378.51 | 716.50 | 9,653.01 |
| Sun. + $3.00 | | 0.00 | 0.00 | 34.00 | 459.00 |
| Sun. + $4.00 | | 0.00 | 0.00 | 124.25 | 2,250.15 |
| Holiday Straight Pay NP | | 0.00 | 0.00 | 12.00 | 155.20 |
| Holiday +4.00 | | 0.00 | 0.00 | 5.00 | 90.75 |
| **TOTAL:** | | **26.75** | **378.51** | **891.75** | **12,608.11** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 32.48 | 1,111.78 |
| Fed MED/EE | 5.49 | 182.82 |
| Fed OASDI/EE | 23.46 | 781.70 |
| PA Unempl EE | 0.22 | 7.56 |
| PA Withholdng | 11.62 | 387.04 |
| PA PHILADELPHIA Withholdng | 14.53 | 487.43 |
| **TOTAL:** | **87.80** | **2,958.33** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| | | |
| **TOTAL:** | **0.00** | **0.00** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Union Dues Weekly | 14.61 | 430.21 |
| Miscellaneous Deduction | 0.00 | 78.00 |
| Bels Fund - 1776 Union Fee | 0.00 | 79.50 |
| **TOTAL:** | **14.61** | **587.71** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 378.51 | 378.51 | 87.80 | 14.61 | 276.10 |
| YTD | 12,608.11 | 12,608.11 | 2,958.33 | 587.71 | 9,062.07 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000030171662 | Checking | *******405 | 276.10 |
| **TOTAL:** | | | **276.10** |

MESSAGE:



| Colligas Family Markets, LP<br>330 West Oregon Ave<br>Philadelphia, PA 19148-4723<br>215/271-2711 | Pay Begin Date: 08/01/2021<br>Pay End Date: 08/07/2021 | | P'Soft Check/Advice #: 000000030222934<br>Advice Date: 08/13/2021 | |
|---|---|---|---|---|
| | | | **TAX DATA:** | Federal | PA State |
| Anna Horstman<br>314 Roseberry Street<br>Philadelphia, PA 19148 | Employee ID: 300710982<br>Store/Div: 0411<br>Department: 2640<br>Pay Rate: $14.150000 Hourly<br>OT 1.5 Rate: NA | | Tax Status: Single Single<br>Allowances: 0 0<br>Addl. Percent:<br>Addl. Amount: | | |

### HOURS AND EARNINGS

| | | Current | | | YTD | |
|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | |
| Regular | 14.150000 | 25.50 | 360.83 | 742.00 | 10,013.84 | |
| Sun. + $4.00 | 18.150000 | 6.00 | 108.90 | 130.25 | 2,359.05 | |
| Sun. + $3.00 | | 0.00 | 0.00 | 34.00 | 459.00 | |
| Holiday Straight Pay NP | | 0.00 | 0.00 | 12.00 | 155.20 | |
| Holiday +4.00 | | 0.00 | 0.00 | 5.00 | 90.75 | |
| **TOTAL:** | | **31.50** | **469.73** | **923.25** | **13,077.84** | |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 43.43 | 1,155.21 |
| Fed MED/EE | 6.81 | 189.63 |
| Fed OASDI/EE | 29.13 | 810.83 |
| PA Unempl EE | 0.29 | 7.85 |
| PA Withholdng | 14.42 | 401.46 |
| PA PHILADELPHIA Withholdng | 18.04 | 505.47 |
| **TOTAL:** | **112.12** | **3,070.45** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | 0.00 | 0.00 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Union Dues Weekly | 14.61 | 444.82 |
| Miscellaneous Deduction | 0.00 | 78.00 |
| Bels Fund - 1776 Union Fee | 0.00 | 79.50 |
| **TOTAL:** | **14.61** | **602.32** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 469.73 | 469.73 | 112.12 | 14.61 | 343.00 |
| YTD | 13,077.84 | 13,077.84 | 3,070.45 | 602.32 | 9,405.07 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000030222934 | Checking | ******405 | 343.00 |
| **TOTAL:** | | | **343.00** |

MESSAGE:



| Colligas Family Markets, LP | Pay Begin Date: | 08/08/2021 | | P'Soft Check/Advice #: | 000000030274191 | |
|---|---|---|---|---|---|---|
| 330 West Oregon Ave | Pay End Date: | 08/14/2021 | | Advice Date: | 08/20/2021 | |
| Philadelphia, PA 19148-4723 | | | | | | |
| 215/271-2711 | | | | | | |

| | | | | TAX DATA: | Federal | PA State |
|---|---|---|---|---|---|---|
| Anna Horstman | Employee ID: | 300710982 | | Tax Status: | Single | Single |
| 314 Roseberry Street | Store/Div: | 0411 | | Allowances: | 0 | 0 |
| Philadelphia, PA 19148 | Department: | 2640 | | Addl. Percent: | | |
| | Pay Rate: | $14.150000 Hourly | | Addl. Amount: | | |
| | OT 1.5 Rate: | NA | | | | |

### HOURS AND EARNINGS

| | | Current | | YTD | | |
|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | |
| Regular | 14.150000 | 21.50 | 304.23 | 763.50 | 10,318.07 | |
| Sun. + $4.00 | 18.150000 | 6.00 | 108.90 | 136.25 | 2,467.95 | |
| Sun. + $3.00 | | 0.00 | 0.00 | 34.00 | 459.00 | |
| Holiday Straight Pay NP | | 0.00 | 0.00 | 12.00 | 155.20 | |
| Holiday +4.00 | | 0.00 | 0.00 | 5.00 | 90.75 | |
| **TOTAL:** | | **27.50** | **413.13** | **950.75** | **13,490.97** | |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 36.63 | 1,191.84 |
| Fed MED/EE | 5.99 | 195.62 |
| Fed OASDI/EE | 25.61 | 836.44 |
| PA Unempl EE | 0.24 | 8.09 |
| PA Withholdng | 12.68 | 414.14 |
| PA PHILADELPHIA Withholdng | 15.86 | 521.33 |
| **TOTAL:** | **97.01** | **3,167.46** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Union Dues Weekly | 14.61 | 459.43 |
| Miscellaneous Deduction | 0.00 | 78.00 |
| Bels Fund - 1776 Union Fee | 0.00 | 79.50 |
| **TOTAL:** | **14.61** | **616.93** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 413.13 | 413.13 | 97.01 | 14.61 | 301.51 |
| YTD | 13,490.97 | 13,490.97 | 3,167.46 | 616.93 | 9,706.58 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000030274191 | Checking | *******405 | 301.51 |
| **TOTAL:** | | | **301.51** |

MESSAGE:



| Colligas Family Markets, LP<br>330 West Oregon Ave<br>Philadelphia, PA 19148-4723<br>215/271-2711 | | Pay Begin Date:<br>Pay End Date: | 08/15/2021<br>08/21/2021 | | P'Soft Check/Advice #:<br>Advice Date: | 000000030324609<br>08/27/2021 | |
|---|---|---|---|---|---|---|---|
| | | | | | **TAX DATA:** | **Federal** | **PA State** |
| Anna Horstman<br>314 Roseberry Street<br>Philadelphia, PA 19148 | Employee ID:<br>Store/Div:<br>Department:<br>Pay Rate:<br>OT 1.5 Rate: | 300710982<br>0411<br>2640<br>$14.150000 Hourly<br>NA | | | Tax Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Single<br>0 | Single<br>0 |

### HOURS AND EARNINGS

| | | Current | | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | | Current | YTD |
| Regular | 14.150000 | 25.00 | 353.75 | 788.50 | 10,671.82 | Fed Withholdng | | 42.58 | 1,234.42 |
| Sun. + $4.00 | 18.150000 | 6.00 | 108.90 | 142.25 | 2,576.85 | Fed MED/EE | | 6.71 | 202.33 |
| Sun. + $3.00 | | | 0.00 | 34.00 | 459.00 | Fed OASDI/EE | | 28.68 | 865.12 |
| Holiday Straight Pay NP | | | 0.00 | 12.00 | 155.20 | PA Unempl EE | | 0.28 | 8.37 |
| Holiday +4.00 | | | 0.00 | 5.00 | 90.75 | PA Withholdng | | 14.20 | 428.34 |
| | | | | | | PA PHILADELPHIA Withholdng | | 17.76 | 539.09 |
| **TOTAL:** | | 31.00 | 462.65 | 981.75 | 13,953.62 | **TOTAL:** | | 110.21 | 3,277.67 |

### BEFORE-TAX DEDUCTIONS / AFTER-TAX DEDUCTIONS

| Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|
| | | | Union Dues Weekly | 14.61 | 474.04 |
| | | | Miscellaneous Deduction | 0.00 | 78.00 |
| | | | Bels Fund - 1776 Union Fee | 0.00 | 79.50 |
| **TOTAL:** | 0.00 | 0.00 | **TOTAL:** | 14.61 | 631.54 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 462.65 | 462.65 | 110.21 | 14.61 | 337.83 |
| YTD | 13,953.62 | 13,953.62 | 3,277.67 | 631.54 | 10,044.41 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount | | |
|---|---|---|---|---|---|
| Advice #000000030324609 | Checking | *******405 | 337.83 | | |
| **TOTAL:** | | | 337.83 | | |

**MESSAGE:**



| Colligas Family Markets, LP<br>330 West Oregon Ave<br>Philadelphia, PA 19148-4723<br>215/271-2711 | Pay Begin Date: 08/29/2021<br>Pay End Date: 09/04/2021 | P'Soft Check/Advice #: 000000030426355<br>Advice Date: 09/10/2021 |
|---|---|---|

| | | | TAX DATA: | Federal | PA State |
|---|---|---|---|---|---|
| Anna Horstman<br>314 Roseberry Street<br>Philadelphia, PA 19148 | Employee ID: 300710982<br>Store/Div: 0411<br>Department: 2640<br>Pay Rate: $14.150000 Hourly<br>OT 1.5 Rate: NA | | Tax Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Single<br>0 | Single<br>0 |

### HOURS AND EARNINGS / TAXES

| | | Current | | YTD | | | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular | 14.150000 | 15.00 | 212.25 | 803.50 | 10,884.07 | Fed Withholdng | 25.60 | 1,281.04 |
| Sun. + $4.00 | 18.150000 | 6.00 | 108.90 | 148.25 | 2,685.75 | Fed MED/EE | 4.66 | 211.09 |
| Sun. + $3.00 | | | 0.00 | 34.00 | 459.00 | Fed OASDI/EE | 19.91 | 902.58 |
| Vacation Pay | | | 0.00 | 20.00 | 283.00 | PA Unempl EE | 0.19 | 8.73 |
| Holiday Straight Pay NP | | | 0.00 | 12.00 | 155.20 | PA Withholdng | 9.86 | 446.89 |
| Holiday +4.00 | | | 0.00 | 5.00 | 90.75 | PA PHILADELPHIA Withholdng | 12.33 | 562.29 |
| TOTAL: | | 21.00 | 321.15 | 1,022.75 | 14,557.77 | TOTAL: | 72.55 | 3,412.62 |

### BEFORE-TAX DEDUCTIONS / AFTER-TAX DEDUCTIONS

| Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|
| | | | Union Dues Weekly | 14.61 | 503.26 |
| | | | Miscellaneous Deduction | 0.00 | 78.00 |
| | | | Bcls Fund - 1776 Union Fee | 0.00 | 79.50 |
| TOTAL: | 0.00 | 0.00 | TOTAL: | 14.61 | 660.76 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 321.15 | 321.15 | 72.55 | 14.61 | 233.99 |
| YTD | 14,557.77 | 14,557.77 | 3,412.62 | 660.76 | 10,484.39 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount | | |
|---|---|---|---|---|---|
| Advice #000000030426355 | Checking | ******405 | 233.99 | | |
| TOTAL: | | | 233.99 | | |

MESSAGE:



| Colligas Family Markets, LP<br>330 West Oregon Ave<br>Philadelphia, PA 19148-4723<br>215/271-2711 | Pay Begin Date: 09/05/2021<br>Pay End Date: 09/11/2021 | | P'Soft Check/Advice #: 000000030476539<br>Advice Date: 09/17/2021 | |
|---|---|---|---|---|
| | | | **TAX DATA:** | **Federal** | **PA State** |
| Anna Horstman<br>314 Roseberry Street<br>Philadelphia, PA 19148 | Employee ID: 300710982<br>Store/Div: 0411<br>Department: 2640<br>Pay Rate: $14.150000 Hourly<br>OT 1.5 Rate: NA | | Tax Status: Single Single<br>Allowances: 0 0<br>Addl. Percent:<br>Addl. Amount: |

### HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** | **Description** | **Current** | **YTD** |
| Regular | 14.150000 | 21.50 | 304.23 | 825.00 | 11,188.30 | Fed Withholdng | 43.43 | 1,324.47 |
| Sun. + $4.00 | 18.150000 | 6.00 | 108.90 | 154.25 | 2,794.65 | Fed MED/EE | 6.81 | 217.90 |
| Holiday Straight Pay NP | 14.150000 | 4.00 | 56.60 | 16.00 | 211.80 | Fed OASDI/EE | 29.13 | 931.71 |
| Sun. + $3.00 | | | 0.00 | 34.00 | 459.00 | PA Unempl EE | 0.29 | 9.02 |
| Vacation Pay | | | 0.00 | 20.00 | 283.00 | PA Withholdng | 14.42 | 461.31 |
| Holiday +4.00 | | | 0.00 | 5.00 | 90.75 | PA PHILADELPHIA Withholdng | 18.04 | 580.33 |
| **TOTAL:** | | 31.50 | 469.73 | 1,054.25 | 15,027.50 | **TOTAL:** | 112.12 | 3,524.74 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | |
|---|---|---|---|---|---|
| **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** |
| | | | Union Dues Weekly | 14.61 | 517.87 |
| | | | Miscellaneous Deduction | 0.00 | 78.00 |
| | | | Bels Fund - 1776 Union Fee | 0.00 | 79.50 |
| **TOTAL:** | 0.00 | 0.00 | **TOTAL:** | 14.61 | 675.37 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 469.73 | 469.73 | 112.12 | 14.61 | 343.00 |
| YTD | 15,027.50 | 15,027.50 | 3,524.74 | 675.37 | 10,827.39 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000030476539 | Checking | ******405 | 343.00 |
| **TOTAL:** | | | 343.00 |

**MESSAGE:**

```
SEQ 000115
Company Code      Loc/Dept     Number    Page
R6 / 3HM 23743311  01/40      1710361    1 of 1
DELANY MCBRIDE PC
36 EUCLID STREET
WOODBURY, NJ 08096
```

# Earnings Statement

**ADP**

Period Starting:   08/16/2021
Period Ending:     08/31/2021
Pay Date:          08/31/2021

Taxable Marital Status: Single
Exemptions/Allowances:      Tax Override:
  Federal:  0                Federal: 50.00 Addnl
  State:    0                State:
  Local:    0                Local:
Social Security Number:   XXX-XX-XXXX

**Anna Marie Horstman**
**314 Roseberry Street**
**Philadelphia, PA 19148**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular |  | 0.00 | 2312.50 | 37000.00 |
| **Gross Pay** |  |  | **$2,312.50** | **$37,000.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -345.40 | 5526.40 |
| Social Security | -143.37 | 2294.00 |
| Medicare | -33.53 | 536.50 |
| Pennsylvania State Income | -70.99 | 1135.84 |
| Pennsylvania State UI | -1.39 | 22.21 |
| Phila R Local Income | -88.80 | 1430.16 |
| **Net Pay** | **$1,629.02** |  |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Sick |  |  |
| - Carry Over |  | 0.00 |
| - Accrued Hours | 0.00 | 40.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance |  | 40.00 |
| Vacation |  |  |
| - Carry Over |  | 0.00 |
| - Accrued Hours | 0.00 | 80.00 |
| - Taken Hours | 0.00 | 20.00 |
| - Balance |  | 60.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX8405 | XXXXXXXXX | 1629.02 |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are  $2,312.50

© 1998, 2006. ADP, Inc.   All Rights Reserved.
VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM
TEAR HERE

DELANY MCBRIDE PC
36 EUCLID STREET
WOODBURY, NJ 08096

Pay Date:    08/31/2021

**Deposited to the account**
Checking DirectDeposit

THIS IS NOT A CHECK

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX8405 | XXXXXXXXX | 1629.02 |

Anna Marie Horstman
314 Roseberry Street
Philadelphia, PA 19148

| | | |
|---|---|---|
| SEQ 000516 | | |
| Company Code | Loc/Dept | Number Page |
| R6 / 3HM 23743311 | 01/40 | 1685388  1 of 1 |
| DELANY MCBRIDE PC | | |
| 36 EUCLID STREET | | |
| WOODBURY, NJ 08096 | | |

**Earnings Statement**



Period Starting: 07/16/2021
Period Ending: 07/31/2021
Pay Date: 07/30/2021

Taxable Marital Status: Single
Exemptions/Allowances:    Tax Override:
  Federal: 0        Federal: 50.00 Addnl
  State: 0          State:
  Local: 0          Local:
Social Security Number: XXX-XX-XXXX

**Anna Marie Horstman**
**314 Roseberry Street**
**Philadelphia, PA 19148**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 0.00 | | 2312.50 | 32375.00 |
| **Gross Pay** | | | **$2,312.50** | **$32,375.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -345.40 | 4835.60 |
| Social Security | -143.37 | 2007.25 |
| Medicare | -33.53 | 469.44 |
| Pennsylvania State Income | -70.99 | 993.86 |
| Pennsylvania State UI | -1.39 | 19.44 |
| Phila R Local Income | -88.80 | 1252.56 |
| **Net Pay** | **$1,629.02** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Vacation | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 80.00 |
| - Taken Hours | 0.00 | 20.00 |
| - Balance | | 60.00 |
| Sick | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 40.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 40.00 |

**Deposits**

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX8405 | XXXXXXXXX | 1629.02 |

**Important Notes**

Basis of pay: Salaried

Your federal taxable wages this period are $2,312.50

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

DELANY MCBRIDE PC
36 EUCLID STREET
WOODBURY, NJ 08096

Pay Date:    07/30/2021

**Deposited to the account**    account number    transit/ABA    amount
Checking DirectDeposit              XXXXXX8405     XXXXXXXXX     1629.02

**THIS IS NOT A CHECK**

Anna Marie Horstman
314 Roseberry Street
Philadelphia, PA 19148

SEQ 000514

| Company Code | Loc/Dept | Number | Page | **Earnings Statement** | |
|---|---|---|---|---|---|
| R6 / 3HM 23743311 | 01/40 | 1672781 | 1 of 1 | | ADP |

DELANY MCBRIDE PC
36 EUCLID STREET
WOODBURY, NJ 08096

Period Starting:  07/01/2021
Period Ending:   07/15/2021
Pay Date:        07/15/2021

Taxable Marital Status: Single
Exemptions/Allowances:       Tax Override:
    Federal:  0                Federal:  50.00 Addnl
    State:    0                State:
    Local:    0                Local:
Social Security Number: XXX-XX-XXXX

Anna Marie Horstman
314 Roseberry Street
Philadelphia, PA 19148

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2312.50 | 30062.50 |
| **Gross Pay** | | | **$2,312.50** | **$30,062.50** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -345.40 | 4490.20 |
| Social Security | -143.38 | 1863.88 |
| Medicare | -33.53 | 435.91 |
| Pennsylvania State Income | -70.99 | 922.87 |
| Pennsylvania State UI | -1.39 | 18.05 |
| Phila R Local Income | -89.52 | 1163.76 |
| **Net Pay** | **$1,628.29** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Sick | | |
|  - Carry Over | | 0.00 |
|  - Accrued Hours | 0.00 | 40.00 |
|  - Taken Hours | 0.00 | 0.00 |
|  - Balance | | 40.00 |
| Vacation | | |
|  - Carry Over | | 0.00 |
|  - Accrued Hours | 0.00 | 80.00 |
|  - Taken Hours | 0.00 | 20.00 |
|  - Balance | | 60.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX8405 | XXXXXXXXX | 1628.29 |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are $2,312.50

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

DELANY MCBRIDE PC
36 EUCLID STREET
WOODBURY, NJ 08096

Pay Date:  07/15/2021

Deposited to the account
Checking DirectDeposit

THIS IS NOT A CHECK

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX8405 | XXXXXXXXX | 1628.29 |

Anna Marie Horstman
314 Roseberry Street
Philadelphia, PA 19148

| SEQ 000621 | | | | |
|---|---|---|---|---|
| Company Code | Loc/Dept | Number | Page | |
| R6 / 3HM 23743311 | 01/40 | 1660314 | 1 of 1 | |

**Earnings Statement**

ADP

DELANY MCBRIDE PC
36 EUCLID STREET
WOODBURY, NJ 08096

Period Starting:  06/16/2021
Period Ending:   06/30/2021
Pay Date:        06/30/2021

Taxable Marital Status:  Single
Exemptions/Allowances:   Tax Override:
  Federal: 0    Federal: 50.00 Addnl
  State:   0    State:
  Local:   0    Local:
Social Security Number:  XXX-XX-XXXX

Anna Marie Horstman
314 Roseberry Street
Philadelphia, PA 19148

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2312.50 | 27750.00 |
| **Gross Pay** | | | **$2,312.50** | **$27,750.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -345.40 | 4144.80 |
| Social Security | -143.37 | 1720.50 |
| Medicare | -33.54 | 402.38 |
| Pennsylvania State Income | -70.99 | 851.88 |
| Pennsylvania State UI | -1.39 | 16.66 |
| Phila R Local Income | -89.52 | 1074.24 |
| **Net Pay** | **$1,628.29** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Sick | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 40.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 40.00 |
| Vacation | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 80.00 |
| - Taken Hours | 0.00 | 20.00 |
| - Balance | | 60.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX8405 | XXXXXXXXX | 1628.29 |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are  $2,312.50

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

DELANY MCBRIDE PC
36 EUCLID STREET
WOODBURY, NJ 08096

Pay Date:  06/30/2021

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX8405 | XXXXXXXXX | 1628.29 |

Anna Marie Horstman
314 Roseberry Street
Philadelphia, PA 19148

```
SEQ 000374
Company Code      Loc/Dept      Number   Page
R6 / 3HM 23743311  01/40        1648010  1 of 1
DELANY MCBRIDE PC
36 EUCLID STREET
WOODBURY, NJ 08096
```

# Earnings Statement

**ADP**

Period Starting:  06/01/2021
Period Ending:    06/15/2021
Pay Date:         06/15/2021

Taxable Marital Status:  Single
Exemptions/Allowances:   Tax Override:
  Federal:  0              Federal:  50.00 Addnl
  State:    0              State:
  Local:    0              Local:
Social Security Number:  XXX-XX-XXXX

**Anna Marie Horstman**
**314 Roseberry Street**
**Philadelphia, PA 19148**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2312.50 | 25437.50 |
| **Gross Pay** | | | **$2,312.50** | **$25,437.50** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -345.40 | 3799.40 |
| Social Security | -143.38 | 1577.13 |
| Medicare | -33.53 | 368.84 |
| Pennsylvania State Income | -70.99 | 780.89 |
| Pennsylvania State UI | -1.39 | 15.27 |
| Phila R Local Income | -89.52 | 984.72 |
| **Net Pay** | **$1,628.29** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Sick | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 40.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 40.00 |
| Vacation | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 80.00 |
| - Taken Hours | 0.00 | 20.00 |
| - Balance | | 60.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX8405 | XXXXXXXXX | 1628.29 |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are  $2,312.50

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

```
DELANY MCBRIDE PC
36 EUCLID STREET
WOODBURY, NJ 08096
```

Pay Date:  06/15/2021

**THIS IS NOT A CHECK**

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX8405 | XXXXXXXXX | 1628.29 |

Anna Marie Horstman
314 Roseberry Street
Philadelphia, PA 19148

| SEQ 000471 | | | |
|---|---|---|---|
| Company Code | Loc/Dept | Number | Page |
| R6 / 3HM 23743311 | 01/40 | 1633559 | 1 of 1 |

DELANY MCBRIDE PC
36 EUCLID STREET
WOODBURY, NJ 08096

**Earnings Statement**

![ADP]

Period Starting:   05/16/2021
Period Ending:    05/31/2021
Pay Date:              05/28/2021

Taxable Marital Status:  Single
Exemptions/Allowances:       Tax Override:
  Federal:  0                Federal:  50.00 Addnl
  State:    0                State:
  Local:    0                Local:
Social Security Number:   XXX-XX-XXXX

**Anna Marie Horstman**
**314 Roseberry Street**
**Philadelphia, PA 19148**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2312.50 | 23125.00 |
| **Gross Pay** | | | **$2,312.50** | **$23,125.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -345.40 | 3454.00 |
| Social Security | -143.37 | 1433.75 |
| Medicare | -33.53 | 335.31 |
| Pennsylvania State Income | -70.99 | 709.90 |
| Pennsylvania State UI | -1.39 | 13.88 |
| Phila R Local Income | -89.52 | 895.20 |
| **Net Pay** | **$1,628.30** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Sick | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 40.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 40.00 |
| Vacation | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 80.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 80.00 |

**Deposits**

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX8405 | XXXXXXXXX | 1628.30 |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are  $2,312.50

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

DELANY MCBRIDE PC
36 EUCLID STREET
WOODBURY, NJ 08096

Pay Date:    05/28/2021

**Deposited to the account**        account number      transit/ABA      amount
Checking DirectDeposit              XXXXXX8405          XXXXXXXXX        1628.30

**THIS IS NOT A CHECK**

Anna Marie Horstman
314 Roseberry Street
Philadelphia, PA 19148

SEQ 000576

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| R6 / 3HM 23743311 | 01/40 | 1623797 | 1 of 1 |

DELANY MCBRIDE PC
36 EUCLID STREET
WOODBURY, NJ 08096

## Earnings Statement

**ADP**

Period Starting: 05/01/2021
Period Ending: 05/15/2021
Pay Date: 05/14/2021

Taxable Marital Status: Single
Exemptions/Allowances:     Tax Override:
  Federal: 0      Federal: 50.00 Addnl
  State: 0        State:
  Local: 0        Local:
Social Security Number: XXX-XX-XXXX

Anna Marie Horstman
314 Roseberry Street
Philadelphia, PA 19148

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2312.50 | 20812.50 |
| **Gross Pay** | | | **$2,312.50** | **$20,812.50** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -345.40 | 3108.60 |
| Social Security | -143.38 | 1290.38 |
| Medicare | -33.53 | 301.78 |
| Pennsylvania State Income | -70.99 | 638.91 |
| Pennsylvania State UI | -1.38 | 12.49 |
| Phila R Local Income | -89.52 | 805.68 |
| **Net Pay** | | **$1,628.30** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Sick | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 40.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 40.00 |
| Vacation | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 80.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 80.00 |

**Deposits**

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX8405 | XXXXXXXXX | 1628.30 |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are $2,312.50

---

DELANY MCBRIDE PC
36 EUCLID STREET
WOODBURY, NJ 08096

Pay Date: 05/14/2021

**Deposited to the account**
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX8405 | XXXXXXXXX | 1628.30 |

THIS IS NOT A CHECK

Anna Marie Horstman
314 Roseberry Street
Philadelphia, PA 19148

| SEQ 000370 | | | |
|---|---|---|---|
| Company Code | Loc/Dept | Document Number | Page |
| R6 / 3HM 23743311 | 01/40 | 1610481 | 1 of 1 |

DELANY MCBRIDE PC
36 EUCLID STREET
WOODBURY, NJ 08096

# Earnings Statement

**ADP**

Period Starting: 04/16/2021
Period Ending: 04/30/2021
Pay Date: 04/30/2021

Taxable Marital Status: Single
Exemptions/Allowances:   Tax Override:
  Federal: 0       Federal: 50.00 Addnl
  State: 0         State:
  Local: 0         Local:
Social Security Number: XXX-XX-XXXX

Anna Marie Horstman
314 Roseberry Street
Philadelphia, PA 19148

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2312.50 | 18500.00 |
| **Gross Pay** | | | **$2,312.50** | **$18,500.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -345.40 | 2763.20 |
| Social Security | -143.37 | 1147.00 |
| Medicare | -33.53 | 268.25 |
| Pennsylvania State Income | -70.99 | 567.92 |
| Pennsylvania State UI | -1.39 | 11.11 |
| Phila R Local Income | -89.52 | 716.16 |
| **Net Pay** | **$1,628.30** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Sick | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 40.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 40.00 |
| Vacation | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 80.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 80.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX8405 | XXXXXXXXX | 1628.30 |

Your federal taxable wages this period are $2,312.50

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

DELANY MCBRIDE PC
36 EUCLID STREET
WOODBURY, NJ 08096

Pay Date:   04/30/2021

**Deposited to the account**
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX8405 | XXXXXXXXX | 1628.30 |

THIS IS NOT A CHECK

Anna Marie Horstman
314 Roseberry Street
Philadelphia, PA 19148