## DECLARATION REGARDING CONFIRMATION OF IDENTITY AND SOCIAL SECURITY NUMBER

In re: (Debtor's Name) __Anna Marie Horstman__

Bankruptcy Case No. __21-11707-ELF__

Date of telephonic or video conference appearance at § 341(a) meeting of creditors: __10/25/2021__

I declare as follows:

1) My name is: __Michael D. Ward, Attorney at law__
   (Print or type)

2) My work address is: __1800 JFK Blvd, Suite 300, Philadelphia PA 19103__

3) My work telephone number is: (___) __267 304 8725__ .

4) The address from where I participated in the § 341(a) meeting of creditors is: __1426 Lombard Street, Philadelphia, PA 19146__

5) I personally verified the identity of the debtor by checking his/her original photo identification:

   __X__ Driver's License (State & last 4 numbers) __PA 8013__

   ____ State Identification (State & last 4 numbes) ____

   ____ Passport (Country, last 4 numbes, expiration date) ____

   ____ Military Identification (Branch & ID last 4 numbers) ____

   ____ Other (Describe) ____

6) I personally inspected the following original document as proof of the debtor's social security number and orally confirmed it with the standing trustee:

   __X__ Social Security Card

   ____ Social Security Administration Statement

   ____ W-2 Form

   ____ Recent Payroll Stub

   ____ Employer's Health Card or Medical Insurance Card

   ____ Other (specify) ____

7) In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this __22__ day of __October__, __2021__, in __Philadelphia__, __PA 19146__

(Date)     (Month)   (Year)     (City)     (State)

_____

Signature of Person Verifying Identity and Social Security Number

Michael D. Ward, Attorney at law