IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE                                           :
**Anna Marie Horstman**                         :    BK NO.
                                                :    **21-11707-ELF**
DEBTOR                                          :
                                                :

## CERTIFICATION OF SERVICE

I, Michael D. Ward, do hereby certify that true and correct copies of the **Debtor's Second Amended Chapter 13 Plan** was served this date by United States Mail, First Class, postage prepaid or ECF e-mail and this date upon the parties listed below.

**See parties on attached list**

/S/Michael D. Ward
_____
Michael D. Ward

DATED:  12/2/2021

```
Water Revenue Bureau
c/o City of Philadelphia Law Department
Tax & Revenue Unit
Bankruptcy Group, MSB
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102-1595


US Bank Trust National Association
Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-4609

Shellpoint Mortgage Servicing
P. O. Box 19024
Greenville, SC 29602

REBECCA ANN SOLARZ
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106
```

The Debtor, Standing Chapter 13 Trustee and U.S. Trustee and

**Branch Banking and Trust**
**PO Box 1847**
**Wilson, NC 27894**

**Branch Banking & Trust Co.**
**c/o ANN E. SWARTZ, ESQUIRE**
**123 South Broad Street**
**Suite 1400**
**Philadelphia, PA 19109-1060**

**Branch Banking & Trust Co.**
**c/o Phelan Hallinan Diamond & Jones LLP**
**1617 JFK Blvd.**
**Ste. 1400**
**One Penn Center PlazaPhila., PA 19103-1823**

**Water Revenue Bureau**
**c/o Pamela Eichert Thurmond**
**Municipal Services Building**
**1401 John F. Kennedy Blvd., 5th Floor**
**Philadelphia, PA 19102-1595**

**DITECH**
**2100 E ELLIOT RD**
**BLDG 94**
**TEMPE AZ 85284-180**

**KML Law Group, PC**
**701 Market Street**
**Suite 5000**
**Philadelphia, PA 19106-1541**

**Kurt Horstman**
**314 Roseberry St.**
**Philadelphia, PA 19148-3928**

**Philadelphia Gas Works**
**Attn: Bankruptcy Dept 3F**
**800 W Montgomery Avenue**
**Philadelphia Pa 19122-2898**

JOSEPH F. CLAFFY  
Joseph F. Claffy & Associates, P.C.  
26 South Church Street  
Suite 1 South  
West Chester, PA 19382