## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Anna Marie Horstman | |
|              Debtor(s) | CHAPTER 13 |
| | |
| US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust, its successors and/or assigns | |
|              Movant | |
|     vs. | NO. 21-11707 ELF |
| | |
| Anna Marie Horstman | |
|              Debtor(s) | |
| | |
| Kenneth E. West Esq. | |
|              Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

    Kindly withdraw the Objection to Confirmation of US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust, which was filed with the Court on or about **August 24, 2021, docket number 13**.

                     Respectfully submitted,


                     /s/ Rebecca A. Solarz, Esq.

                     _____
                     Rebecca A. Solarz, Esquire
                     KML Law Group, P.C.
                     BNY Mellon Independence Center
                     701 Market Street, Suite 5000
                     Philadelphia, PA  19106
                     Phone: (215)-627-1322


Dated: December 15, 2021