# **CONTRIBUTION AFFIDAVIT**

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF              Philadelphia
NAME OF DEBTOR         Anna Marie Horstman
CHAPTER 13 CASE        21-11707-ELF

I, ____William Dalton____ the person whose name is signed below, hereby swear/affirm that the following are true and correct:

1. The debtor(s) named above is my ____Finance____ (specify Relationship, for example — mother, father, brother, friend).

2. I contribute financial support in the amount of __$1,000.00__ on a monthly basis to the debtor(s).

3. The source of my income is ____self-employment____ (for example, wages from employment, self-employment, disability payments, Social Security, etc.). The name of my employer is (if applicable).

____Bill Dalton Plumbing and Heating____

4. I will continue to make such contributions to the debtor(s) for the entire duration of the Chapter 13 plan of the debtor(s).

Date:   September 23, 2022

AFFIANT/CONTRIBUTOR SIGNATURE

Sworn to or affirmed and subscribed to before me on this __23rd__ day of __September,__ 2022.

Notary Public

Commonwealth of Pennsylvania - Notary Seal
ROSALIND D. BROWN-BURTON, Notary Public
Philadelphia County
My Commission Expires April 1, 2023
Commission Number 1018603