IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE                                              :

**Anna Marie Horstman**                            :BK NO. **21-11707-ELF**

                                                   :

DEBTOR

### **Certification of No Objection to Motion to Modify Plan**

**TO THE CLERK:**

1. Debtor(s) filed a Motion to Modify Plan Payments After Confirmation.

2. No Answer, Objection, responsive pleading or request for Hearing has been filed with the Clerk of the Court.

3. Debtor(s) request the Court to enter the Order granting the Motion to Modify Plan Payments After Confirmation.


                              Respectfully submitted,


Date: September 24, 2022       /s/ Michael D. Ward, Esq.
                               Michael D. Ward, Esquire
                               Attorney for Debtor

                               Supreme Court I.D. # 37141

                               Phone: (267) 628-8254
                               Fax:   (215) 383-0129
                               Email:  mdwecf@gmail.com