**JAMES D. MORAN**
**512 South 47th Street**
**Philadelphia, PA 19143**
**Tel: (215) 724-2793**
**E-mail: jamesdmoran@hotmail.com**

OCT - 5 2022

October 3, 2022

Timothy B. McGrath, Esquire
900 Market Street, Suite 400
Philadelphia, PA 19107-4299

RE:   Mondy Dorsainvil
      Chapter 13 No. 16-16248MDC
      Anna Marie Horstman
      Chapter 13 No. 21-11707ELF

Dear Mr. McGrath:

   Please be advised that I am now completely retired from the practice of law, and I would ask you not to send me any more correspondence in regard to the above two cases and any other cases at the Land Title Building.

   If you need to contact me for some reason, please do so at the above address and phone number.

   I understand that Mr. Dorsainvil received his Final Order of Discharge in Chapter 13 on September 2, 2021. I further understand that Mrs. Horstman received her Order of Confirmation on December 21, 2021.

   Please call me if you have any questions whatever in regard to this matter.

                                       Very truly yours,

                                       JAMES D. MORAN