# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 21-11707-ELF

ANNA MARIE HORSTMAN

314 ROSEBERRY ST.

PHILADELPHIA, PA 19148

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

ANNA MARIE HORSTMAN

314 ROSEBERRY ST.

PHILADELPHIA, PA 19148

Counsel for debtor(s), by electronic notice only.

    MICHAEL D. WARD ESQUIRE
    1015 Chestnut Street
    Suite 404
    Philadelphia, PA 19107-

                                        /S/ Kenneth E. West

Date: 2/14/2023                                       _____

                                                      Kenneth E. West, Esquire
                                                      Chapter 13 Standing Trustee