### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In Re: Anna Marie Horstman
       Debtor(s)

Case No: 21−11707−mdc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

**RESCHEDULED
Motion to Dismiss Case for Failure to Make Plan Payments Filed by KENNETH E. WEST Represented by KENNETH E. WEST

on: 4/6/23

at: 09:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  3/3/23

Timothy B. McGrath
Clerk of Court